**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-34520-PSH |
| | § | |
| LUMINITA MARIA ISPAS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/15/2011, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/20/2011     By:  /s/ David P. Leibowitz
                     (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-34520-PSH
§
LUMINITA MARIA ISPAS §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $13,802.64
*and approved disbursements of* $36.33
*leaving a balance on hand of[1]:* $13,766.31

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $13,766.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,130.26 | $0.00 | $2,130.26 |
| David P. Leibowitz, Trustee Expenses | $3.24 | $0.00 | $3.24 |

Total to be paid for chapter 7 administrative expenses: $2,133.50
Remaining balance: $11,632.81

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  | Remaining balance: | $11,632.81 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,605.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 6a | IRS | $12,605.61 | $0.00 | $11,632.81 |

|  | Total to be paid to priority claims: | $11,632.81 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,384.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2 | Wells Fargo Financial Illinois, Inc. | $807.07 | $0.00 | $0.00 |
| 3 | Capital One Bank (USA), N.A. | $2,760.11 | $0.00 | $0.00 |
| 4 | Roundup Funding, LLC | $817.18 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $17,045.14 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

**UST-Form 101-7-NFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 6 | IRS | $17,045.14 | $0.00 | $0.00 |

    Total to be paid to tardily filed general unsecured claims: $0.00
    Remaining balance: $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

    Total to be paid for subordinated claims: $0.00
    Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-34520-PSH
Luminita Maria Ispas                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte              Page 1 of 2              Date Rcvd: Oct 21, 2011
                              Form ID: pdf006             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2011.
```
db          +Luminita Maria Ispas,    26 N. May #301,    Chicago, IL 60607-2022
15941356     AT& T Mobility,    P.O. Box 6428,    Carol Stream, IL 60197-6428
15941354    +Albert Law Firm, PC,    205 W. Randolph Street,    Suite 920,    Chicago, IL 60606-1814
15941355    +Alpine Capital Bank,    680 Fifth Avenue,    New York, NY 10019-5429
15941359    +Blatt, Hasenmiller, Leibsker &Moore,    125 S. Wacker, #400,    Chicago, IL 60606-4440
15941360   ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: CACH LLC,    370 17th Street,    Suite 5000,    Denver, CO 80202)
15941361     Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
16400922     Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
             Oklahoma City, OK   73124-8839
15941362    +Carson Pirie Scott,    P.O. Box 4144,    Carol Stream, IL 60197-4144
15941363    +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
15941365     Citi Card,    P.O. Box 6000,    The Lakes, NV 89163-6000
15941374    +Dept of the Treasury,    IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
15941366    +Eliazsbeta Hasanbe,    c/o Daniel G. Lauer,    1424 W. Division, Suite 5,    Chicago, IL 60642-3360
15941367     Enhanced Recovery Corp.,    8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
15941368    +Freedman, Anselmo, Lindberg & Rapp,    1807 W. Diehl Road,    Suite 333,
             Naperville, IL 60563-1890
15941370    +HFC,   P.O. Box 3425,    Buffalo, NY 14240-3425
15941371    +HSBC Bank Nevada,    1111 Town Center Drive,    Las Vegas, NV 89144-6364
15941369    +Harris & Harris, Ltd.,    222 Merchandise Mart Plaza,    Suite 1900,    Chicago, IL 60654-1421
16686351   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revnue Services,    Centralized Insolvency Operations,
             P.O. Box 21126,    Philadelphia, PA 19114)
16261660     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
15941373     Illinois Department of Revenue,    P.O. Box 19035,    Springfield, IL 62794-9035
15941375     J.C. Christensen & Assoc.,    P.O. Box 1952,    Southgate, MI 48195-0952
15941376    +J.C. Christiansen & Assoc.,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
15941377    +John C. Bonewicz, P.C.,    8001 N. Lincoln #402,    Skokie, IL 60077-3657
15941380    +Main Street Acquisition,    3950 Johns Creek Court,    Suwanee, GA 30024-1296
15941381    +Malcolm Gerald & Assoc.,    332 S. Michigan Ave.,    Suite 600,    Chicago, IL 60604-4318
15941383    +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
15941382    +National Action Financial Serv.,    165 Lawrence Bell Drive, Suite 100,    P.O. Box 9027,
             Buffalo, NY 14231-9027
15941384    +Ocwen,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
15941385    +Peoples Energy,    130 E. Randolph Drive,    Chicago, IL 60601-6302
15941386     Resurgent Capital Services,    P.O. Box 1410,    Troy, MI 48099-1410
15941387    +Sentry Credit, Inc.,    Dept. 988,    P.O. Box 4115,    Concord, CA 94524-4115
15941389     State Farm,    P.O. Box 2329,    Bloomington, IL 61702-2329
15941391    +WFFINANCE,    800 Walnut Street,    Des Moines, IA 50309-3504
15941390     Wells Fargo Financial Bank,    3201 N. 4th Avenue,    Sioux Falls, SD 57104-0700
16277338    +Wells Fargo Financial Illinois, Inc.,    4137 121st Street,    Urbandale, IA 50323-2310
15941392     Wilber & Associates, P.C.,    P.O. Box 2159,    Bloomington, IL 61702-2159
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15941367      E-mail/Text: bknotice@erccollections.com Oct 22 2011 01:40:19     Enhanced Recovery Corp.,
              8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
15941378     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 22 2011 01:38:01     LVNV FUNDING,
              P.O. Box 10584,    Greenville, SC 29603-0584
16450517      E-mail/PDF: BNCEmails@blinellc.com Oct 22 2011 02:12:22     Roundup Funding, LLC,   MS 550,
              PO Box 91121,    Seattle, WA 98111-9221
15941388     +E-mail/Text: bankruptcy@sw-credit.com Oct 22 2011 01:40:14     Southwest Credit,
              5910 W. Plano Parkway,    Suite 100,    Plano, TX 75093-2202
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
15941364*      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
15941372*     +HSBC Bank Nevada,    1111 Town Center Drive,   Las Vegas, NV 89144-6364
15941379*     +LVNV FUNDING,    P.O. Box 10584,    Greenville, SC 29603-0584
15941357    ##+Beneficial/HFC,    P.O. Box 6985,    Bridgewater, NJ 08807-0985
15941358     ##Best Buy,   P.O. Box 15521,    Wilmington, DE 19850-5521
                                                                                   TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: arodarte           Page 2 of 2              Date Rcvd: Oct 21, 2011
                              Form ID: pdf006          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**                          **Signature:** *Joseph Speetjens*